

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00107-CV

## IN RE JASON PAUL MILLER

---

## Original Proceeding

---

## ORDER

---

Relator Jason Paul Miller's Emergency Motion to Stay is granted. The trial court's March 8, 2019 Order on Motion to Compel Discovery and for Sanctions in Trial Court Cause No. D18-27176-CV in the 13th District Court of Navarro County, Texas, is stayed pending further order of this Court.

A response is requested to Relator's "Petition for Writ of Mandamus." *See* TEX. R. APP. P. 51.8(b). Any response must be filed with the Clerk of this Court within 21 days from the date of this Order.

The record filed with Relator's Petition for Writ of Mandamus also appears to lack material documents, *e.g.*, the motion to compel discovery and for sanctions. *See* TEX. R.

APP. P. 52.7(a)(1). The record may be supplemented pursuant to Texas Rule of Appellate Procedure 52.7(b).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Order issued and filed March 29, 2019

